NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————

**HONEYWELL INTERNATIONAL INC., HAND HELD PRODUCTS, INC., METROLOGIC INSTRUMENTS, INC.,**
*Plaintiffs-Appellants*

**v.**

**OPTO ELECTRONICS CO., LTD.,**
*Defendant-Cross-Appellant*

—————————

2024-1109, 2024-1144

—————————

Appeal from the United States District Court for the Western District of North Carolina in No. 3:21-cv-00506-KDB-DCK, Judge Kenneth D. Bell.

—————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 HONEYWELL INTERNATIONAL INC. V. OPTO ELECTRONICS CO.,
LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 1, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 1, 2025